NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Ramon Rossi Lopez
rlopez@lopezmchugh.com
Christina Anne Fountain, SBN 111220
cfountain@lopezmchugh.com
LOPEZ McHUGH LLP
100 Bayview Circle, North Tower, Ste. 5600
Newport Beach, CA 92660(949) 737-1501

ATTORNEYS FOR: Plaintiff

FILED 2008 MAR 24 PM 4:3_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

XAVIER CASTRO, an individual

Plaintiff(s),

v.

DAVOL, INC., et al.

Defendant(s)

CASE NUMBER

CV08-01966 VBF (OPx)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, XAVIER CASTRO (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

XAVIER CASTRO - PLAINTIFF

DAVOL INC. - DEFENDANT

BARD DEVICES, INC. - DEFENDANT

3/24/08
Date

Sign

RAMON ROSSI LOPEZ
Attorney of record for or party appearing in pro per

Ramon Rossi Lopez
rlopez@lopemchugh.com
LOPEZ McHUGH LLP
100 Bayview Circle, North Tower, Ste. 5600
Newport Beach, CA 92660
(949) 737-1501

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XAVIER CASTRO, an individual,<br>PLAINTIFF(S)<br>v.<br>DAVOL INC., a Corporation, BARD DEVICES, INC., a Corporation; C.R. BARD, Inc., a Corporation, and DOES 1 through 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br>CV08-01966 VBF (OPx)<br><br>**SUMMONS** |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney RAMON ROSSI LOPEZ, whose address is:

100 Bayview Circle, North Tower, Ste. 5600
Newport Beach, CA 92660

an answer to the ☒ complaint ☐ ________ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated: MAR 2 5 2008

By: __________
Deputy Clerk

*(Seal of the Court)*



BY FAX