FILED
2008 MAR 24 PM 4:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER CASTRO**<br>PLAINTIFF(S)<br>V.<br>**DAVOL, INC. ET AL.**<br>DEFENDANT(S). | CASE NUMBER<br>**CV08- 1966 VBF (OPx)**<br><br>**NOTICE TO PARTIES OF ADR PILOT PROGRAM** |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

03/24/08
Date

By: RPASCHAL
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER CASTRO**<br><br>PLAINTIFF(S)<br><br>V.<br><br>**DAVOL, INC. ET AL.**<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV08- 1966 VBF (OPx)**<br><br>**ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement int this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes [_] No [_]

(4) if this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[_] Title VII

[_] 42 U.S.C. section 1983

[_] Americans with Disabilities Act of 1990

[_] Age Discrimination

[_] California Fair Employment and Housing Act

[_] Rehabilitation Act

[_] Other ______________________________________________________________

______________________________________________________________________

______________________________________________________________________

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

______________________ ______________________________

Date

Attorney for Plaintiff (Signature)

______________________________

Attorney for Plaintiff (Please print full name)

______________________ ______________________________

Date

Attorney for Defendant (Signature)

______________________________

Attorney for Defendant (Please print full name)