HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
E-mail: tmf@hassard.com

Attorneys for Defendants DAVOL INC.,
BARD DEVICES INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XAVIER CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>DAVOL INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, INC., a corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | No. CV08-01966 VBF (OPx)<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

The undersigned, counsel of record for Davol Inc., Bard Devices Inc. and C.R. Bard, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: 1) Davol Inc. (party defendant), 2) Bard Devices Inc. (party defendant) and 3) C.R. Bard, Inc. (party defendant; Davol Inc. and Bard Devices Inc. are wholly owned subsidiaries of C.R. Bard, Inc.).

Dated: May 7, 2008

Respectfully submitted

HASSARD BONNINGTON LLP

By /s/ Thomas M. Frieder
Thomas M. Frieder
Attorney for Defendants DAVOL INC., BARD DEVICES INC. and C.R. BARD, INC.