(OPx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08-cv-01966-VBF-OP

Xavier Castro v. Davol, Inc. et al
Assigned to: Judge Valerie Baker Fairbank
Referred to: Magistrate Judge Oswald Parada
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/24/2008
Date Terminated: 06/10/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Xavier Castro**
*an individual*

represented by **Christina A L Fountain**
Lopez McHugh LLP
North Tower
100 Bayview Circle Suite 5600
Newport Beach, CA 92660
949-737-1501
Email: cfountain@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy A Brenes**
Lopez McHugh LLP
North Tower
100 Bayview Circle Suite 5600
Newport Beach, CA 92660
949-737-1501
Email: tbrenes@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on JUN 10 2008 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By ______ Deputy

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST OF CALIFORNIA

0136

V.

**Defendant**

**Davol, Inc.**
*a corporation*

represented by **Thomas M Frieder**
Hassard Bonnington LLP
Two Embarcadero Center Suite 1800
San Francisco, CA 94111-3941
415-288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Devices, Inc.**
*a corporation*

represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**
*a corporation*

represented by **Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | 1 | COMPLAINT against Defendants Davol, Inc., Bard Devices, Inc., C.R. Bard, Inc., Does 1 through 10, inclusive. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Xavier Castro. (et) Additional attachment(s) added on 4/4/2008 (cyo, ). (Entered: 03/27/2008) |
| 03/24/2008 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Xavier Castro. (et) Additional attachment(s) added on 4/4/2008 (cyo, ). (Entered: 03/27/2008) |
| 03/24/2008 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 03/27/2008) |
| 03/24/2008 | | FAX number for Attorney Troy A Brenes, Christina A L Fountain is 949-737-1504. (et) (Entered: 03/27/2008) |
| 03/25/2008 | | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Bard Devices, Inc., C.R. Bard, Inc. (jp) (Entered: 03/29/2008) |
| 04/02/2008 | 4 | STANDING ORDER by Judge Valerie Baker Fairbank (se) (Entered: 04/02/2008) |
| 04/22/2008 | 5 | PROOF OF SERVICE Executed by plaintiff Xavier Castro, upon Davol, Inc. served on 4/18/2008, answer due 5/8/2008. The Summons and Complaint were served by personal service, by CA State statute, upon Margaret Wilson, Authorized to Receive. Due Dilligence declaration not attached. Original Summons not returned. (se) (Entered: 04/23/2008) |
| 05/07/2008 | 6 | ANSWER with JURY DEMAND *Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc., and C.R. Bard, Inc. and Demand for Jury Trial* filed by defendant Davol, Inc., Bard Devices, Inc., C.R. Bard, Inc..(Frieder, Thomas) (Entered: 05/07/2008) |
| 05/07/2008 | 7 | *Certification of Interested Parties* CERTIFICATE of Interested Parties filed by Defendants Davol, Inc., Bard Devices, Inc., C.R. Bard, Inc.. (Frieder, Thomas) (Entered: 05/07/2008) |
| 05/08/2008 | 8 | MINUTES OF IN CHAMBERS before Judge Valerie Baker Fairbank: COURT ORDERCounsel are hereby notified that a Scheduling Conference has been set for 6/30/2008 at 8:30 AM. Lead Trial Counsel shall attend all proceedings before this Court, including the Scheduling Conference. Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Rule 26(f) Report and an ADR Pilot Program Questionnaire on or before 6/16/2008. presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof. The Court requests that a conformed courtesy copy of the report be delivered to chambers by 12:00 p.m. the following day. If counsel fail to file the required Joint Rule 26(f) Report and a Notice of Settlement Procedure Selection form or fail to appear at the Scheduling Conference and such failure is not otherwise satisfactorily explained to the Court, the Court may take such action as it deems appropriate, such as monetary sanctions, or ultimately, dismissal or default. (jp) (Entered: 05/08/2008) |
| 06/10/2008 | 9 | CONDITIONAL TRANSFER ORDER (CTO-19) from the Judicial Panel on Mutidistrict Litigation MDL No. 1842, transferring case to USDC, District of Rhode Island at Providence Harrisburg and assigned to Judge Mary M. Lisi. Certified copy of the Conditional Transfer Order, docket sheet sent. (MD JS-6. Case Terminated.) (jp) (Entered: 06/10/2008) |
| 06/10/2008 | 10 | TRANSMITTAL LETTER - MDL CASE TRANSFER OUT: A Certified copy of MDL-1842 Conditional Transfer Order (CTO-19) with Docket Sheet sent to USDC, District of Rhode |

| | | |
|---|---|---|
| | | Island at Providence on 6/10/2008. (jp) (Entered: 06/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/10/2008 13:47:33 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01966-VBF-OP End date: 6/10/2008 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |