Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 29 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 13 2008
FILED
CLERK'S OFFICE

FILED
JUN 02 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

Xavier Castro v. Davol, Inc., et al.
CV08-1966 VBF (OPx)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-19)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 621 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
MAY 29 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on JUN 10 2008 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By Deputy

Attest to True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**SCHEDULE CTO-19 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | | | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 08-283 | Anna Johnson, et al. v. Davol, Inc., et al. | CA 08-2477 |
| ARE | 4 | 08-356 | Grace Cleveland v. Davol, Inc., et al. | CA 08-2478 |
| ARE | 4 | 08-357 | Raymond Hartlieb v. Davol, Inc., et al. | CA 08-2479 |
| ARE | 4 | 08-358 | Fannie Jones v. Davol, Inc., et al. | CA 08-2480 |
| ARKANSAS WESTERN | | | | |
| ARW | 6 | 08-6040 | Rodney Winger v. Davol, Inc., et al. | CA 08-2481 |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 08-1966 | Xavier Castro v. Davol, Inc., et al. | CA 08-2482 |
| FLORIDA MIDDLE | | | | |
| FLM | 3 | 08-353 | Harry Brill, et al. v. Davol, Inc., et al. | CA 08-2483 |
| IOWA SOUTHERN | | | | |
| IAS | 1 | 08-15 | Ronald E. Bomer v. Davol, Inc. | CA 08-2484 |
| ILLINOIS CENTRAL | | | | |
| ILC | 2 | 08-2084 | Sherry Hill v. C.R. Bard, Inc., et al. | CA 08-2485 |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 08-2240 | Marina Weis v. Davol, Inc., et al. | CA 08-2486 |
| KANSAS | | | | |
| KS | 2 | 08-2160 | Gayanne Hamilton v. Davol, Inc., et al. | CA 08-2487 |
| MINNESOTA | | | | |
| MN | 0 | 08-945 | Quentin Kooiker v. Davol, Inc., et al. | CA 08-2488 |
| MN | 0 | 08-1099 | Aileen Reese v. Davol, Inc., et al. | CA 08-2489 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-1173 | Maurice A. Goldmeer, et al. v. Davol, Inc., et al. | CA 08-2490 |
| NYE | 1 | 08-1310 | Judy Bigger, et al. v. Davol, Inc., et al. | CA 08-2491 |
| NYE | 1 | 08-1384 | Jacqueline Lenore Swain v. Davol, Inc., et al. | EA 08-2492 |
| NYE | 1 | 08-1597 | Kelly Honea, et al. v. Davol, Inc., et al. | CA 08-2493 |

**MDL No. 1842 - Schedule CTO-19 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| NEW YORK SOUTHERN | | |
| NYS 7 08-3130 | Brenda Danns v. Davol, Inc., et al. | CA 08-2494 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 08-1537 | Michelle L. Warner, et al. v. C.R. Bard, Inc., et al. | CA 08-2495 |
| PAE 2 08-1538 | Loretta Starr v. C.R. Bard, Inc., et al. | CA 08-2496 |
| PAE 2 08-1828 | Donna R. Palange, et al. v. C.R. Bard, Inc., et al. | CA 08-2497 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-19)**

Hon. James Maxwell Moody
U.S. District Judge
381 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
559 John Paul Hammerschmidt Federal Building
35 East Mountain Street
Fayetteville, AR 72701

Hon. Valerie Baker Fairbank
U.S. District Judge
United States District Court
9 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306-9344

Hon. Michael P. McCuskey
Chief Judge, U.S. District Court
318 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Hon. Suzanne B. Conlon
Senior U.S. District Judge
1746 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Nicholas G. Garaufis
U.S. District Judge
1426 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**MDL No. 1842 - Involved Judges List (CTO-19) (Continued)**

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**MDL No. 1842**

**INVOLVED CLERKS LIST (CTO-19)**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Christopher R. Johnson, Clerk
347 U.S. Post Office & Courthouse
100 Reserve Street
Hot Springs, AR 71901-4143

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Marge Krahn, Clerk
P.O. Box 307
Council Bluffs, IA 51502

Pam Robinson, Clerk
218 U.S. Courthouse
201 South Vine Street
Urbana, IL 61801

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-19)**

P. Mark Crane
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60609

Ed Daniel
P.O. Box 26003
Little Rock, AR 72221

Tracy Lynn Deutmeyer
MCGRATH NORTH MULLIN & KRATZ PC LLO
First National Tower
1601 Dodge Street
Suite 3700
Omaha, NE 68102

Christina A. Fountain
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3941

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Kirk J. Goza
GOZA & HONNOLD LLC
11500 Overlook Road
Suite 250
Leawood, KS 66211

Stephanie J. Hartley
WILNER BLOCK PA
3127 Atlantic Boulevard
Suite 3
Jacksonville, FL 32207

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Kimberly A. Kayiwa
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

John M. Kvartek
CLARK PARTINGTON HART LARRY
BOND & STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Case 2:08-cv-01966-VBF-OP Document 9 Filed 06/10/2008 Page 8 of 8



**MDL No. 1842 - Involved Counsel List (CTO-19) (Continued)**

Michael A. London
DOUGLAS & LONDON PC
111 John Street
Suite 1400
New York, NY 10038

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

M. Edward Morgan
MORGAN LAW FIRM
264 Court Street
Clinton, AR 72031

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Joseph W. Phebus
PHEBUS & KOESTER
136 West Main Street
P.O. Box 1008
Urbana, IL 61801

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street
Suite 100
Kansas City, MO 64105

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES &
WOODYARD PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Richard J. Rosenblum
RUBIN MACHADO & ROSENBLUM LTD
120 West Madison Street
Suite 400
Chicago, IL 60602

Christopher P. Welsh
WELSH WELSH LAW FIRM
400 Scoular Building
2027 Dodge Street
Suite 400
Omaha, NE 68102